44 A.3d 652

COMMONWEALTH of Pennsylvania, Respondent

v.

Jeffrey ORR, Petitioner.

No. 20 EM 2012.

Supreme Court of Pennsylvania.

May 17, 2012.

## ORDER

PER CURIAM.

AND NOW, this 17th day of May, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.

44 A.3d 653

Percy ST. GEORGE, Petitioner

v.

COURT OF COMMON PLEAS, Philadelphia County, PA, Respondent.

No. 18 EM 2012.

Supreme Court of Pennsylvania.

May 17, 2012.

## ORDER

PER CURIAM.

AND NOW, this 17th day of May, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**